# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL S. WAMPOLD and
DINA L. WAMPOLD,

        Plaintiffs,

v.

SAFECO INSURANCE COMPANY
OF AMERICA,

        Defendant.

C19-169 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion regarding briefing schedule, docket no. 21, is GRANTED as follows:

    (a) Plaintiffs' motion for partial summary judgment, docket no. 10, is RENOTED to May 17, 2019, and will be considered together with defendant's motion for partial summary judgment, docket no. 17;

    (b) Plaintiffs shall file a consolidated response to defendant's motion and reply in support of their motion, which shall not exceed 24 pages in length, on or before May 10, 2019; and

    (c) Defendant's reply in support of its motion shall not exceed 12 pages in length, and shall be filed on or before May 17, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of April, 2019.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1