THE HONORABLE THOMAS S. ZILLY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| MICHAEL S. WAMPOLD and DINA L. WAMPOLD, a husband and wife and the martial community composed thereof,<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a non-Washington Corporation,<br><br>Defendant/Respondent. | No. 2:19-cv-00169-TSZ<br><br>NOTICE OF APPEAL |

Notice is hereby given that Michael S. Wampold and Dina L. Wampold, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Judgment entered on November 15, 2019. Attached is a true and correct copy of the November 15, 2019 Judgment, *Docket No. 35*.

NOTICE OF APPEAL - 1

**CASE NO. 19-cv-00169-TSZ**

H<small>ARPER</small> | H<small>AYES</small> PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

1   DATED this 19th day of November 2019.

2   HARPER | HAYES PLLC

4   By: s/ *Gregory L. Harper*
       Gregory L. Harper, WSBA No. 27311
       s/ *Charles K. Davis*
5      Charles K. Davis, WSBA No. 38231
       greg@harperhayes.com
6      cdavis@harperhayes.com
       206.340.8010
7      Attorneys for Plaintiffs/Appellants

NOTICE OF APPEAL - 2

**CASE NO. 19-cv-00169-TSZ**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL S WAMPOLD and DINA L. WAMPOLD,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | PARTIAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-169 TSZ |

\_\_\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

No just reason for delay exists, *see* Fed. R. Civ. P. 54(b), and partial judgment is hereby entered in favor of Safeco Insurance Company of America and against Plaintiffs on Plaintiffs' first cause of action for declaratory relief relating to Policy Coverage (Complaint ¶¶ 50(a) and (b)), Plaintiffs' second cause of action for breach of contract, and Plaintiffs' sixth cause of action under the Washington Fair Conduct Act.  These coverage claims are dismissed with prejudice.

Dated this 15th day of November, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk