UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL S. WAMPOLD and DINA L. WAMPOLD,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

C19-169 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date and all related deadlines in this matter related to the remaining Claims-Handling Claims are STRICKEN pending further order of the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of December, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1