FILED

AUG 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL S. WAMPOLD; DINA L. WAMPOLD, husband and wife and the marital community composed thereof,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a non-Washington corporation,<br><br>    Defendant-Appellee. | No.   19-35972<br><br>D.C. No. 2:19-cv-00169-TSZ<br>Western District of Washington, Seattle<br><br>ORDER |

The court finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on Friday, September 4, 2020, in Seattle, Washington. Fed. R. App. P. 34(a).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7