|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | SEP 28 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MICHAEL S. WAMPOLD; DINA L. WAMPOLD, husband and wife and the marital community composed thereof,

    Plaintiffs-Appellants,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a non-Washington corporation,

    Defendant-Appellee.

No.   19-35972

D.C. No. 2:19-cv-00169-TSZ
Western District of Washington, Seattle

ORDER

Before: HAWKINS and McKEOWN, Circuit Judges, and CALDWELL,[*] District Judge.

    The petition for panel rehearing is denied.

---

    [*]    The Honorable Karen K. Caldwell, United States District Judge for the Eastern District of Kentucky, sitting by designation.