UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL S. WAMPOLD, et al.,

        Plaintiffs,

  v.

SAFECO INSURANCE COMPANY OF AMERICA,

        Defendant.

C19-169 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The United States Court of Appeals for the Ninth Circuit having affirmed this Court's order granting partial summary judgment in favor of Defendant, *see* docket nos. 27, 34, and 42, and the mandate having been issued, *see* docket no. 44, the Court hereby LIFTS the stay of this matter that was imposed by the Order entered on November 15, 2019, docket no. 34.

    (2)    The parties are DIRECTED to meet and confer and to submit a combined joint status report and discovery plan on or before noon on Friday, November 20, 2020.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 20th day of October, 2020.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 1