THE HONORABLE THOMAS S. ZILLY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| MICHAEL S. WAMPOLD and DINA L. WAMPOLD, a husband and wife and the martial community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a non-Washington Corporation,<br><br>Defendant. | No. 2:19-cv-00169-TSZ<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES<br><br>**NOTE ON MOTION CALENDAR: MARCH 18, 2021** |

## I. **STIPULATION**

Plaintiffs Michael and Dina Wampold and Defendant Safeco Insurance Company of America ("the Parties") jointly move the Court for an order setting a new trial date and new pre-trial deadlines. The Parties believe that a continuance is appropriate because two motions—including a Motion for Summary Judgment—remain pending before the Court, and the resolution of those motions may affect the Parties' trial preparation and pre-trial

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND PRE-TRIAL DEADLINES- 1

**C19-169 TSZ**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

disclosures.  The Parties therefore ask the Court to move the trial and the pre-trial deadlines to the following:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline to File Motions in Limine | April 15, 2021 | August 12, 2021 |
| Deadline to File Agreed Pretrial Order | April 30, 2021 | August 27, 2021 |
| Deadline to File Trial briefs, Voir Dire, Agreed Neutral Statement of the Case, Jury Instructions and Trial Exhibits | April 30, 2021 | August 27, 2021 |
| Pretrial Conference with Judge Zilly | May 7, 2021 | September 3, 2021 |
| Trial Date | May 17, 2021 | September 13, 2021 |

DATED this 18th day of March 2021.

HARPER | HAYES PLLC

By: s/ *Gregory L. Harper*
Gregory L. Harper, WSBA No. 27311
Charles K. Davis, WSBA No. 38231
600 University Street, Suite 2420
Seattle, WA  98101
(206) 340-8010
greg@harperhayes.com
cdavis@harperhayes.com
Attorneys for Plaintiffs

WILSON SMITH COCHRAN DICKERSON

By: s/ *Sarah L. Eversole*
John M. Silk, WSBA No. 15035
Sarah L. Eversole, WSBA No. 36335
901 Fifth Avenue, Suite 1700
Seattle, WA  98164
(206) 623-4100
silk@wscd.com
eversole@wscd.com
Attorneys for Defendant

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES- 2

CASE NO. 19-cv-00169-TSZ

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington  98101
Telephone: 206-340-8010

## II. ORDER

Based on the above Stipulation, it is ordered that the new trial date and pre-trial deadlines are the following:

| Event | Date |
|---|---|
| Deadline to File Motions in Limine | August 12, 2021 |
| Deadline to File Agreed Pretrial Order | August 27, 2021 |
| Deadline to File Trial briefs, Voir Dire, Agreed Neutral Statement of the Case, Jury Instructions and Trial Exhibits | August 27, 2021 |
| Pretrial Conference with Judge Zilly | September 3, 2021, 10:00 a.m. |
| Trial Date | September 13, 2021 |

DATED this 22nd day of March, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

HARPER | HAYES PLLC

By: *s/ Gregory L. Harper*
   Gregory L. Harper, WSBA No. 27311
   Charles K. Davis, WSBA No. 38231
   Attorneys for Plaintiffs

WILSON SMITH COCHRAN DICKERSON

By: *s/ Sarah L. Eversole*
   John Silk, WSBA No. 15035
   Sarah L. Eversole, WSBA No. 36335
   Attorneys for Defendant

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES- 3

CASE NO. 19-cv-00169-TSZ

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010