UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL S. WAMPOLD and DINA L. WAMPOLD, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a non-Washington Corporation,<br><br>Defendant. | C19-169 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Motion to Exclude Expert Testimony, docket no. 49, brought by Defendant Safeco Insurance Company of America ("Safeco") is GRANTED in part, DENIED in part, and DEFERRED in part as follows: Thomas Lether is a qualified expert on insurance-handling and bad faith issues and his opinions may be helpful to the jury. See Fed. R. Evid. 702. The Court will permit him to testify at trial on Safeco's claims-handling procedures consistent with his expert report dated August 16, 2019, docket no. 30-1. Safeco's objections go largely to the weight of the evidence, and it will have an opportunity to challenge Lether's opinions during cross-examination. See United States v. L.E. Cooke Co., 991 F.2d 336, 342 (6th Cir. 1993) (concluding that "any weaknesses in the factual basis of an expert witness' opinion, including unfamiliarity with standards, bear on the weight of the evidence rather than on its admissibility"). The Court DEFERS to the Pretrial Conference a ruling relating to any requests or statements

MINUTE ORDER - 1

made during the mediation in the Leong v. Wampold matter, which may not have been related to the underlying dispute. Compare Mut. of Enumclaw v. Cornhusker Cas. Ins. Co., No. CV-07-3101-FVS, 2008 WL 4330313, at *3 (E.D. Wash. Sept. 16, 2008) with W. & Clay, LLC v. Landmark Am. Ins. Co., No. C09-1423 MJP, 2010 WL 1881880, at *1 (W.D. Wash. May 10, 2010). The Court also notes that "instructing the jury as to the applicable law 'is the distinct and exclusive province' of the court." Hangarter v. Provident Life and Acc. Ins. Co., 373 F.3d 998, 1016 (9th Cir. 2004). The Court will allow Lether to testify concerning the standard of care for insurers but will not allow him to opine on an issue of law. The Court DEFERS all other objections to specific testimony to trial.

(2) The Court DEFERS ruling on Safeco's Motion for Summary Judgment, docket no. 48, and DIRECTS Plaintiffs Michael and Dina Wampold to file a detailed list of the nature and amount of any actual damages incurred from the alleged harm for purposes of their bad faith, negligence, and Consumer Protection Act ("CPA") claims. See Coventry Assoc. v. Am. States Ins. Co., 961 P.2d 933, 938 (Wash. 1998) (holding that courts do not presume harm based on an insurer's bad faith or CPA violation). The Wampolds shall also separately designate the nature and amount of any injury to their "business or property" for purposes of their CPA claim. To the extent the Wampolds claim attorneys' fees, they should provide the attorney's name, the date, and the amount of time, and the nature of the services rendered. The Court has reviewed the Declaration of Michael S. Wampold, docket no. 29, relied on at page 14 of the Opposition, docket no. 50, and concludes the declaration does not provide the Court with a sufficient record of damages.

(3) The Wampolds' response to this Minute Order shall be filed by May 14, 2021. No response by Safeco shall be filed unless requested by the Court. The Motion for Summary Judgment is RENOTED to May 14, 2021.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2