UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL S. WAMPOLD and DINA L. WAMPOLD,

                Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

                Defendant.

C19-169 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS a telephone status conference in this matter for Wednesday, August 4, 2021 at 11:00 a.m. Counsel should be prepared to discuss any mediation of the remaining claims, whether the case will proceed to trial, the nature of the claims and defenses remaining for trial, the amount of time to try the case, and any objections to trying the case remotely using the ZoomGov.com platform. Counsel will be provided dialing instructions via email.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2021.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 1