UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL S. WAMPOLD and DINA L. WAMPOLD,

          Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

          Defendant.

C19-169 TSZ

MINUTE ORDER

(1)  The parties Stipulated Motion to Continue Trial Date and Pre-Trial Deadlines, docket no. 62, is GRANTED.  The Court issues the following amended schedule:

| | |
|---|---|
| **JURY TRIAL** set for  9:00 AM on | November 15, 2021 |
| Motions in Limine due by and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | October 14, 2021 |
| Pretrial Order due[1] by | October 29, 2021 |
| Trial Briefs to be submitted by | October 29, 2021 |

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on November 20, 2020, docket no. 47.

MINUTE ORDER - 1

| | | | |
|---|---|---|---|
| Proposed Voir Dire/Jury Instructions due by | | | October 29, 2021 |
| Pretrial Conference set for | | **10:00 AM on** | November 5, 2021 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of August, 2021.

                                           Ravi Subramanian
                                           Clerk

                                           s/Gail Glass
                                           Deputy Clerk

MINUTE ORDER - 2