UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL S. WAMPOLD; and DINA L. WAMPOLD,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | C19-169 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's Motion for Partial Reconsideration, docket no. 64, is RENOTED to September 7, 2021.  Any response by the Plaintiffs shall be filed by September 2, 2021.  Any reply shall be filed by the new noting date.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1